# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTOINE DOUGLASS JOHNSON, | No. 2:16-cv-1037 JAM AC P |
| Petitioner, | |
| v. | ORDER |
| FELICIA PONCE, | |
| Respondent. | |

The Clerk of the Court has recently received from petitioner a motion to allow his co-defendant to intervene under Federal Rule of Civil Procedure 24. Attached to the declaration accompanying the motion are exhibits that indicate they have been filed under seal in the United States District Court for the Western District of Washington. The Clerk of the Court will be directed to file the motion to intervene and the declaration in support of the motion. However, the sealed exhibits shall be returned to petitioner. In light of the District Judge's adoption of the findings and recommendations dismissing the petition for lack of jurisdiction (ECF No. 24), the motion to intervene will be summarily denied.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court shall file petitioner's motion to intervene and declaration in support of the motion. The exhibits to the declaration shall not be filed and the Clerk of the Court shall return them to petitioner.

    2. The motion to intervene is denied.

DATED: March 28, 2017

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE